```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
KIM WHITE,

               Plaintiff,

    - against -

CITY OF NEW YORK, et al.,

              Defendants.
---------------------------------X

**O R D E R**

09 Civ. 9367 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
            May 20, 2010

                                     NAOMI REICE BUCHWALD
                                     UNITED STATES DISTRICT JUDGE